# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:24 CR 14 |
| | ) | |
| STEVE A. GOLEY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 31.) Defendant is **ADJUDGED** to have committed only the violations of supervised release described in the Agreed Disposition of Supervised Release. (DE # 29 at 2.) The Agreed Disposition of Supervised Release Violation (DE # 29) is **ACCEPTED.** Defendant is sentenced to a term of incarceration of six (6) months, with no additional term of supervised release to follow. The court further adopts the Magistrate Judge's findings that, despite defendant's arrest date of December 26, 2024, defendant has been in custody for this offense since December 24, 2024; accordingly the court recommends that defendant receive two additional days of time-served credit.

**SO ORDERED.**

Date: February 10, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT